

# Fourth Court of Appeals
## San Antonio, Texas

November 15, 2017

No. 04-17-00673-CV

**BITTERROOT HOLDINGS, LLC**,
Appellant/ Cross-Appellee

v.

**HB PROPERTIES I, LLC**,
Appellee/ Cross-Appellant

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01352
Honorable David A. Canales, Judge Presiding

# O R D E R

The Appellee's Unopposed Motion to Extend Time to File Cross-Appeal is GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of November, 2017.



_____
KEITH E. HOTTLE,
Clerk of Court